**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2023-CA-0247

Tom C. Miller

- - Versus - -

Jose Gustavo Erazo, Gabisa Insurance Company and
Liberty Mutual Insurance Company

19th Judicial District Court
Case #: 665938
East Baton Rouge Parish

On Application for Rehearing filed on   10/04/2023 by National General Insurance Company, et al

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Hunter Greene

Date ___ OCT 1 9 2023 _____

_____
Rodd Naquin, Clerk